**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03061-BNB

DAVID LEE JOHNSON,

    Applicant,

v.

ANGEL MEDINA, Warden - Fremont Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's Motion for Order to Direct FCF [(Fremont Correctional Facility)] Law Library to Priority Schedule Applicant (ECF No. 16) filed on April 3, 2013, is DENIED. Applicant continues to have thirty days from the date of the minute order of March 29, 1013 (ECF No. 15) in which to file his Reply.

Dated:  April 4, 2013